Related
DDJ

1   *Name:*      Breanna Franklin

2   *Address:*      2860 S Rimpau Blvd

3      Los Angeles, CA 90016

4   *Phone:*      707-771-5919

5   Plaintiff In Pro Per

6

| FILED |
|---|
| CLERK, U.S. DISTRICT COURT |
| 4/14/2021 |
| CENTRAL DISTRICT OF CALIFORNIA |
| BY: _____DTA_____ DEPUTY |

7                 **UNITED STATES DISTRICT COURT**

8                 **CENTRAL DISTRICT OF CALIFORNIA**

9                                          2:21-cv-03244-SVW-JPR

10   Breanna Franklin                    )   **Case No.:**   555201901376C
                                          )                  (To be supplied by the Clerk)
11          **PLAINTIFF,**               )   **COMPLAINT FOR:**
                                          )
12          **vs.**                      )   Violation of Title VII of the Civil Rigths Acts of 1964
                                          )
13   CA CORRECTIONAL HEALTH CARE SERVICES )
                                          )
14   _____     )   _____
                                          )
15   _____     )   _____
                                          )
16   _____     )
                                          )
17   _____     )   **Jury Trial Demanded**
                                          )
18          **DEFENDANT(S).**            )
                                          )
19

20                          **I. JURISDICTION**

21

22      1.  This Court has jurisdiction under _____

23   _____

24   _____

25   _____

26   _____

27   _____

28   _____

## II. VENUE

2. Venue is proper pursuant to _____

_____

_____

_____

## III. PARTIES

3.   Plaintiff's name is _____ Breanna Franklin _____. Plaintiff resides

at: _____ Breanna Franklin, 2860 S Rimpau Blvd, Los Angeles, CA 90016 _____

_____

_____

_____

4. Defendant _____ CA CORRECTIONAL HEALTH CARE SERVICES _____

_____

_____

_____

5. Defendant _____

_____

_____

_____

_____

1    ___.   Defendant _____

2    *Insert ¶ #*

3    _____

4    _____

5    _____

6    _____

7

8    ___.   Defendant _____

9    *Insert ¶ #*

10   _____

11   _____

12   _____

13   _____

14

15   ___.   Defendant _____

16   *Insert ¶ #*

17   _____

18   _____

19   _____

20   _____

21

22   ___.   Defendant _____

23   *Insert ¶ #*

24   _____

25   _____

26   _____

27   _____

28

# IV. <u>STATEMENT OF FACTS</u>

*Insert* ¶ #

Breanna Franklin is filing suit against California Correctional Health service for a pregnancy discrimination incidence that occured when she went to complete background check for final on-boarding process for a LVN position at California State Prison Solano-California Medical Facility. Mrs. Franklin was asked to complete livescan background check by Human resource representative Jeana Sosa. Mrs.Franklin went in to complete background check at California State Prison Solano-California Medical Facility on May 22, 2019 when she arrived she was asked by Onna Kingi, "How many months pregnant are you?" as soon as she walked in. Breanna responded, "I don't feel comfortable saying how many months pregnant I am because they may decide not to give me the job anymore." Onna King responded, "We wouldn't do that

*Insert* ¶ #

to you." Mrs. Franklin awaited response from human resources representative Jeana Sosa for two weeks and emailed her asking if she could please receive an update. Mrs. Franklin received an email from Christine Iwamoto on 6/11/2019 that she was no longer being considered for the position with no explanation. Mrs. Franklin responded to email asking why she was no longer being considered for the position, no response given. Mrs. Franklin is suing California Correctional healthcare services for pregnancy discrimination due to being discriminated against and not being hired for a job at California Correctional healthcare services for being pregnant for a total of $20,000,000.

*Insert* ¶ #

1

2

*Insert ¶ #*

3

4

5

6

7

8

9

10

11

*Insert ¶ #*

12

13

14

15

16

17

18

19

20

*Insert ¶ #*

21

22

23

24

25

26

27

28

Pro Se Clinic Form

*Page Number*

1
2

## V. CAUSES OF ACTION

3
4

## FIRST CAUSE OF ACTION

5        (        Sex Discrimination                                    )
6                            *insert title of cause of action*
7        **(As against Defendant(s):**     CA CORRECTIONAL HEALTH CARE SERVICES
8        _____ )

9
10   Breanna Franklin is filing suit against California Correctional Health service for a
     *Insert ¶ #*
11   pregnancy discrimination incidence that occured when she went to complete

12   background check for final on-boarding process for a LVN position at California

13   State Prison Solano-California Medical Facility. Mrs. Franklin was asked to

14   complete livescan background check by Human resource representative Jeana

15   Sosa. Mrs.Franklin went in to complete background check at California State

16   Prison Solano-California Medical Facility on May 22, 2019 when she arrived she
     *Insert ¶ #*
17   was asked by Onna Kingi, "How many months pregnant are you?" as soon as

18   she walked in. Breanna responded, "I don't feel comfortable saying how many

19   months pregnant I am because they may decide not to give me the job anymore."

20   Onna King responded, "We wouldn't do that to you." Mrs. Franklin awaited

21   response from human resources representative Jeana Sosa for two weeks and

22   emailed her asking if she could please receive an update. Mrs. Franklin received

23   an email from Christine Iwamoto on 6/11/2019 that she was no longer being

24   considered for the position with no explanation. Mrs. Franklin responded to email

25   asking why she was no longer being considered for the position, no response

26   given. Mrs. Franklin is suing California Correctional healthcare services for

27   pregnancy discrimination due to being discriminated against and not being hired

28   for a job at California Correctional healthcare services for being pregnant for a

     total of $20,000,000.                        _____

1

## **SECOND CAUSE OF ACTION**

2

( _____ )

*insert title of cause of action*

3

**(As against Defendant(s):** _____

4

_____ )

5

6

7

*Insert ¶ #* _____

8

9 _____

10 _____

11 _____

12 _____

13

14 *Insert ¶ #* _____

15 _____

16 _____

17 _____

18 _____

19

20 *Insert ¶ #* _____

21 _____

22 _____

23 _____

24 _____

25

26

27

28

Pro Se Clinic Form

*Page Number*

## THIRD CAUSE OF ACTION

( _____ )
*insert title of cause of action*

**(As against Defendant(s):** _____

_____ )

_Insert ¶ #_ _____

_____

_____

_____

_Insert ¶ #_ _____

_____

_____

_____

_Insert ¶ #_ _____

_____

_____

_____

_____

1

## FOURTH CAUSE OF ACTION

2  (_____)
       *insert title of cause of action*

3  **(As against Defendant(s):** _____

4  _____ )

5

6

7  _____
   *Insert ¶ #*

8  _____

9  _____

10 _____

11 _____

12 _____

13

14 _____
   *Insert ¶ #*

15 _____

16 _____

17 _____

18 _____

19

20 _____
   *Insert ¶ #*

21 _____

22 _____

23 _____

24 _____

25

26

27

28

Pro Se Clinic Form                    *Page Number*

1

## VI. <u>REQUEST FOR RELIEF</u>

2

3

4    WHEREFORE, the Plaintiff requests:

5

6    Suing for $20,000,000 for emotional and financial stress due to Mrs Franklin losing her job two weeks before giving birth.
     *Insert ¶ #*

7    Her spouse was also unable to work during that time.

8

9

10

11

12   *Insert ¶ #*

13

14

15

16

17   *Insert ¶ #*

18

19

20

21

22   *Insert ¶ #*

23

24

25

26

27

28

Pro Se Clinic Form                          *Page Number*

## VII. DEMAND FOR JURY TRIAL

Plaintiff hereby requests a jury trial on all issues raised in this complaint.

Dated: _____04/14/2021_____

Sign: _Breanna Franklin_

Print Name: _____Breanna Franklin_____

Plaintiff in pro per