UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

CIVIL MINUTES - GENERAL

| Case No. | 2:21-cv-03244-SVW-JPR | Date | October 13, 2022 |
|---|---|---|---|
| Title | Breanna Franklin v. CA Correctional Health Care Services | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**   IN CHAMBERS ORDER

    Plaintiff was advised that future inadequate showings of her damages would result in the case being dismissed. Plaintiff has, again, failed to make an adequate showing. Though the materials provided show that she wrote to the EEOC, there is no evidence showing the EEOC's response regarding a right to sue. More saliently, evidence of medical bills, absent the requested evidence showing mitigation of damages and the number of employees engaged by the defendant, are inadequate to establish the requested damages, as we discussed in prior orders. See PHL Variable Ins. Co. v. Crescent Fin. & Ins. Agency, Inc., 2017 WL 4342050, at *3 (C.D. Cal. Sept. 28, 2017) (denying a motion for default judgment where plaintiff provided insufficient evidence and thus failed to meet the burden required to establish damages). Therefore, the motion for default judgment is denied, and the case is hereby DISMISSED.

    IT IS SO ORDERED.

| | : |
|---|---|
| Initials of Preparer | PMC |